# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00399DAE |
| CASE NAME: | USA vs. (03) GLENN P. FERNANDEZ |
| | USA vs. (04) ANTONIO PANLASIGUI, JR., aka "Tony" |
| | USA vs. (06) DAWN R. GALARITA |
| | USA vs. (07) TIARE M. SMITH |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (03) Rustam A. Barbee |
| | (04) William A. Harrison |
| | (06) Clayton K. Kimoto |
| | (07) Birney B. Bervar |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/19/2006 | TIME: | 2:40-2:59 |

COURT ACTION:  EP: A & P as to the Superseding Indictment - Defendants (03) Glenn P. Fernandez and (07) Tiare M. Smith present in custody.  Defendant (04) Antonio Panlasigui, Jr. and (06) Dawn R. Galarita present, not in custody.

Atty William A. Harrison appeared for Atty Rustam A. Barbee.

Charges received. Defendants (03), (04), (06) and (07)  waive public reading of the Superseding Indictment. Plea of Not Guilty entered.

Defendant (04) makes an Oral Motion to Continue Trial due to new charges filed. Defendant (06) Joins in Motion.  Defendant (07) objects.  No objection by Govt.  Oral Motion Granted over objection of Defendant (06).

Jury Selection/Trial is continued to 9:00 3/7/06, DAE.
Final Pretrial Conference set for 10:00 2/6/06, KSC.

Time excluded from 01/24/06 thru 3/7/06 from the requirements of the Speedy Trial Act.

Govt to prepare Order.


Defendants (03) Glenn P. Fernandez and (07) Tiare M. Smith remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager