AO 83 (Rev. 12/85) Summons in a Criminal Case     CR 04-00399 DAE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2006

at __10__ o'clock and __16__ min. __ M
SUE BEITIA, CLERK

## RETURN OF SERVICE

Service as made by me on:[1]     Date  1-19-06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: __USMS Cell block__

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on __1-19-06__
              Date

Name of United States Marshal Mark M. Hanohano

_(signature)_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: CR 04-00399 DAE -03 |
| GLENN P. FERNANDEZ<br>(Name and Address of Defendant) | Tanya _ serve in cell |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Leslie E. Kobayashi, United States Magistrate Judge | Date and Time<br>JANUARY 19, 2006 AT 2:30 PM |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 841(a)(1).

Brief description of offense:
Count 1: Conspiracy to distribute and to possess methamphetamine, a Schedule II controlled substance

RECEIVED 2006 JAN 17 AM 8:41 U.S. MARSHALS SERVICE HONOLULU, HI.

Sue Beitia
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer/Deputy Clerk

JANUARY 13, 2006
Date