# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR04-00399DAE
CASE NAME:        USA v. (03) Glenn P. Fernandez
ATTYS FOR PLA:    Thomas Muehleck
ATTYS FOR DEFT:   (03) Rustam Barbee
INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:    FTR C5
DATE:     2/16/2006                  TIME:        11:04-11:26:44am

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, in custody

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed. Memorandum of Plea Agreement signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Superseding Indictment entered by the Defendant. Government agrees to dismiss the remaining counts of the Indictment as to defendant 03 after sentencing. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Superseding Indictment set for 8/21/06 at 3:00 p.m. before Judge Ezra.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager