EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00399-03 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S SENTENCING |
| vs. | ) | STATEMENT |
| | ) | |
| GLENN P. FERNANDEZ,  (03), | ) | |
| | ) | |
| | ) | Date:  August 21, 2006 |
| Defendant. | ) | Judge: Hon. David A. Ezra |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

      The government has no objections to the proposed pre-sentence report.

      DATED:  July 18, 2006, at Honolulu, Hawaii.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii


                                  By /s/ Florence T. Nakakuni
                                      THOMAS MUEHLECK
                                      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Rustam A. Barbee      rustambarbee@yahoo.com    July 18, 2006

  Attorney for Defendant
  Glenn P. Fernandez

Served by hand-delivery:

Probation Officer                                July 18, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                                         /s/ Rowena N. Kang