# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/4/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 04-00399DAE

CASE NAME:         USA v. (03)Glenn P. Fernandez

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

---

JUDGE:    David Alan Ezra            REPORTER:

DATE:     10/4/2006                  TIME:

---

COURT ACTION:   EO: Sentencing to Count 1 of the First Superseding Indictment as to Defendant (03)Glenn P. Fernandez. Government's Motion for Downward Departure.

NO Remaining Counts to dismiss as to this Defendant.

Submitted by: Theresa Lam, Courtroom Manager