AC 442 (Rev. 5/0) Warrant for Arrest     ~~ORIGINAL~~    ~~SEALED~~ BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# United States District Court

DISTRICT OF —— HAWAII

UNITED STATES OF AMERICA

V.

GLENN P. FERNANDEZ

## WARRANT FOR ARREST

CR 04-399 DAE - 03

CASE NUMBER: MAG. 04-644

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ GLENN P. FERNANDEZ
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

2004 SEP 28 PM 2:27   U.S. MARSHALS SERVICE HONOLULU, HI   RECEIVED

charging him or her with (brief description of offense)
conspiring to distribute and to possess with intent to distribute 50 grams or more of methamphetamine. In violation of

in violation of
Title _____ 21 _____ United States Code, Section(s) 846

| | |
|---|---|
| LESLIE E. KOBAYASHI | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| _Leslie E. Kobayashi_ (Signature of Issuing Officer) | _9/28/04  Honolulu, HI_ (Date and Location) |

Bail fixed at $ _to be determined_   by _duty judge_
                                          Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special Agent | |
| DATE OF ARREST  OCT 27 2004 | Rachel A Byrd | _Rachel A Byrd_ |

This form was electronically produced by Elite Federal Forms, Inc.