IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00399-03 SOM |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EARLY TERMINATION OF |
| vs. | ) ) | SUPERVISED RELEASE |
| GLENN P. FERNANDEZ (03), | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

Defendant Glenn P. Fernandez has moved for early termination of his supervised release term. The court grants the motion.

Fernandez was sentenced to a ten-year prison term for conspiring to distribute and possess with intent to distribute methamphetamine. He began his ten-year term of supervised release in August 2013. He has completed drug treatment, has not tested positive for prohibited substances, has a full-time job, and contributes to his son's support. He says that being off of supervised release will open up job opportunities for him with the City and County of Honolulu.

The Government opposes early termination, noting Fernandez's criminal history and prior drug use. But that was years ago, and this court is focused on more recent years. After getting released from a long prison term in the present case, Fernandez has been admirably diligent and appears committed to

living a law-abiding life.  This court thinks that, in the circumstances of this case, a four-year period evidencing that commitment to a law-abiding lifestyle warrants early termination of supervised release.  The motion is granted.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii; November 21, 2017.



       /s/ Susan Oki Mollway
       Susan Oki Mollway
       United States District Judge

United States of America v. Glenn P. Fernandez
CR. NO. 04-00399SOM, ORDER GRANTING MOTION FOR   EARLY TERMINATION OF SUPERVISED RELEASE